# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-26-00600-CV

**Tejas Dubey, Appellant**

**v.**

**Rashmi Khurana, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF WILLIAMSON COUNTY
### NO. 25-1362-FC1, THE HONORABLE BRANDY HALLFORD, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellant Tejas Dubey appeals the trial court's June 30, 2026 Order on Motion to Reconsider in the underlying divorce and suit affecting the parent-child relationship. Appellee Rashmi Khurana filed a motion to dismiss this appeal asserting that this Court lacks jurisdiction over the appealed order denying Dubey's motion for reconsideration because it is neither a final judgment disposing of the whole case nor a statutorily authorized interlocutory appeal. We agree.

In general, this Court's jurisdiction is limited to appeals in which there exists a final or appealable judgment or order. *See* Tex. Civ. Prac. & Rem. Code §§ 51.012 (addressing appeals from final judgments), .014 (addressing interlocutory appeals); *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001) (stating general rule that appeal may be taken only from final judgment that disposes of all pending claims and parties in record unless statute provides for interlocutory appeal). The trial court's June 30, 2026 order is not a final judgment that disposes

of all parties and claims, and no statute provides for an interlocutory appeal from that order. Accordingly, we grant Khurana's motion and dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a).

_____

Darlene Byrne, Chief Justice

Before Chief Justice Byrne, Justices Kelly and Theofanis

Dismissed for Want of Jurisdiction

Filed: July 17, 2026